**WALTER GILL v. T. N. CARLTON**

15 So. (2nd) 258     June Term, 1943
October 12, 1943     Division B
Rehearing Denied November 23, 1943

*M. A. Rosin,* for petitioner.

*W. W. Whitehurst,* for respondent.

PER CURIAM:

Petition for certiorari denied.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.